899 F.2d 1216
 Colvin (Benton)
v.
Desmond (David A.), Shearer (Robert C.), Prison Bd. Members
County Commissioners, Dempsey (Thomas W.), Day (H. James),
Yaw (Charles), Knight (Andrew), Hall (Steve), Hartley
(Gary), Berkheiser (Sandra, R.N.), Cillo (Michael),
Steinbacher (Walter A.), Fink (Jerry P.),
 NO. 89-5785
 United States Court of Appeals,
Third Circuit.
 MAR 06, 1990
 
 Appeal From: M.D.Pa.,
 Kosik, J.
 
 
 1
 AFFIRMED.